IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

LYNN HAYDEN,
an individual

Case No.: 17-008976-CO

      Plaintiff,

v.

SUNTRUST BANK,
a foreign for-profit corporation,

      Defendant.

_____/

## VERIFIED COMPLAINT

**COMES NOW**, Plaintiff, LYNN HAYDEN (hereinafter, Plaintiff") by and through the undersigned counsel, and hereby sues Defendant, SUNTRUST BANK, (hereinafter, "Defendant"). In support thereof, Plaintiff states:

## PRELIMINARY STATEMENT

1.    This is an action for damages brought by an individual consumer for Defendant's violations of the Florida Consumer Collection Practices Act, Chapter 559, Florida Statutes (hereinafter, the "FCCPA") and the Telephone Consumer Protection Act, 47 United States Code, Section 227 (hereinafter, the "TCPA"), wherein Defendant attempts to collect a consumer debt from Plaintiff by directly communicating with Plaintiff after receiving notice and possessing knowledge of the undersigned counsel's legal representation of Plaintiff with respect to the consumer debt and after possessing the undersigned counsel's contact information.

2.    Additionally, this is an action for Defendant's calls made to Plaintiff's cellular telephone using an automatic telephone dialing system, a predictive telephone dialing system, or

1

an artificial or pre-recorded voice, despite Defendant lacking Plaintiff's consent to make such calls to her cellular telephone.

## JURISDICTION, VENUE & PARTIES

3.      This is an action for damages that exceeds $5,000 and is less than $15,000, exclusive of attorneys' fees and costs.

4.      Jurisdiction and venue for the purposes of this action are conferred by Florida Statutes, Section 559.77, and 47 United States Code, Section 227(b)(3).

5.      At all material times herein, the conduct of Defendant, complained of below, occurs in Pinellas County, Florida.

6.      At all material times herein, Plaintiff is an individual residing in Pinellas County, Florida.

7.      At all material times herein, Defendant is a foreign for-profit corporation existing under the laws of the state of Georgia with its principal place of business located at 303 Peachtree Street NE Suite 3600, Atlanta, GA 30308.

## FCCPA STATUTORY STRUCTURE

8.      The FCCPA is a state consumer protection statute, modeled after the Federal Fair Debt Collection Practices Act, a statute designed to prohibit unfair, deceptive, and abusive practices in collection of consumer debts as well as to protect against the invasion of individual privacy.  15 U.S.C., § 1692(a) and (e); Fla. Stat., §§ 559.55 and 559.77(5).

9.      The FCCPA imposes civil liability on a creditor that "offers or extends credit creating a debt or to whom a debt is owed . . ." and prohibits any person from engaging in particular conduct in connection with collecting consumer debts.  Florida Statutes, Section 559.55(5).

10.     Specifically, the FCCPA prohibits unlawful debt collection "communications" with consumer debtors, which is defined as "the conveying of information regarding a debt *directly or indirectly* to any person *through any medium*" (emphasis added). Fla. Stat., § 559.55(2).

11.     For example, the FCCPA prohibits a person from collecting consumer debt by communicating with the consumer in a manner that can be expected to harass or abuse the consumer debtor, and also prohibits a person from claiming, attempting, or threatening to enforce a consumer debt "when such person knows that the debt is not legitimate" or by asserting a legal right that does not exist. *See* Fla. Stat., §§ 559.72(7) and 559.72(9).

## TCPA STATUTORY STRUCTURE

12.     Congress enacted the TCPA in effort to restrict pervasive use of automated or prerecorded telephone calls that invade consumers' privacy. Pub L. 102-243, § 2, Dec. 20, 1991, 105 Sta. 2394 (1), (5), and (12).

13.     Congress found that automated or prerecorded calls "can be an intrusive invasion of privacy..." and it intended to prevent automated or pre-recorded telephone calls as "the only effective means of protecting telephone consumers from this nuisance and privacy invasion." *Id.* at (5) and (12).

14.     Under the TCPA, any person who initiates calls to any number assigned to a cellular telephone service using any automated telephone dialing system or artificial or prerecorded voice without the recipient's prior express consent is liable to the recipient for actual monetary loss, or up to $500.00 in damages for each violation of the TCPA, whichever is greater. 47 U.S.C. § 227(b)(3)(B).

3

15.     Additionally, under the TCPA, the court may increase the damage award up to three (3) times, or up to $1,500.00, for each willful or knowing violation of the TCPA. *Id* at § 227(b)(3)(C).

## GENERAL ALLEGATIONS

16.     At all material times herein, Defendant is a "creditor" as defined by Florida Statutes, Section 559.55(5).

17.     Defendant itself and through its subsidiaries regularly extends and services credit cards to consumers in Pinellas County, Florida.

18.     At all material times herein, Plaintiff is a "debtor" or "consumer" as defined by Florida Statutes, Section 559.55(8).

19.     At all material times herein, Defendant attempts to collect a debt, specifically a balance on a consumer credit card, referenced by account number ending in -3029 (hereinafter, the "Debt").

20.     At all material times herein, the Debt is a consumer debt, a result of a transaction for goods or services, incurred primarily for personal, household, or family use.

21.     At all material times herein, Defendant is a "person" subject to Florida Statutes, Section 559.72. *See* Fla. Stat. § 559.55(5); *Schauer v. General Motors Acceptance Corp.*, 819 So. 2d 809 (Fla. 4th DCA 2002).

22.     At all material times herein, Defendant's conduct, with respect to the Debt complained of below, qualifies as "communication" as defined by Florida Statutes, Section 559.55(2), which is defined as "the conveying of information regarding a debt directly or indirectly to any person through any medium."

4

23. Specifically, at all material times herein, Defendant mailed billing statements and made telephone calls directly to Plaintiff in a knowing attempt to extract and collect payment from Plaintiff.

24. At all material times herein, Defendant acts itself or through its agents, employees, officers, members, directors, successors, assigns, principals, trustees, sureties, subrogees, representatives, third-party vendors, and insurers.

25. All necessary conditions precedent to the filing of this action occurred or Defendant waived the same.

## FACTUAL ALLEGATIONS

26. Defendant made telephone calls, as more specifically alleged below, to Plaintiff's cellular telephone number 727.XXX.9062 (hereinafter, "Cellular Telephone") using an automatic telephone dialing system (hereinafter, "ATDS"), a predictive telephone dialing system (hereinafter, "PTDS"), or an artificial or pre-recorded voice (hereinafter, "APV").

27. Plaintiff is the owner, regular user, and possessor of a Cellular Telephone with the assigned number 727.XXX.9062.

28. At no time herein did Defendant possess Plaintiff's prior express consent to call Plaintiff's Cellular Telephones using an ATDS, a PTDS, or an APV.

29. Further, if Defendant contends it possessed such consent, Plaintiff revoked any consent the moment Defendant received notice of Plaintiff's legal representation with respect to the Debt via the sending and Defendant's receipt of the Fax of Representation, as such term is defined below.

30. Additionally, if Defendant contends it made the below-referenced phone calls for "informational purposes only," Defendant nevertheless lacked the required prior express written

5

consent necessary to make such informational calls to Plaintiff's Cellular Telephone using an ATDS, a PTDS, or an APV.

31.     On or about April 25, 2017 Plaintiff retained Leavengood, Dauval, Boyle & Meyer, P.A. (hereinafter, "Undersigned Counsel") with respect to her debts generally, including the Debt.

32.     On or about April 25, 2017, Undersigned Counsel sent Defendant a facsimile transmission to Defendant advising of Undersigned Counsel's representation of Plaintiff with respect to the Debt, providing Defendant with Undersigned Counsel's contact information, and advising Defendant that all direct Debt communication with Plaintiff must cease and should instead be directed to Undersigned Counsel's office (hereinafter, "Fax of Representation"). Please see attached a true and correct copy of the Fax of Representation and delivery confirmation sheet labeled as Exhibit "A."

33.     Each of Defendant's below-referenced communications occurred despite Defendant possessing actual knowledge of Plaintiff's legal representation with respect to the Debt and possessing Undersigned Counsel's contact information.

34.     On or about May 26, 2017, Defendant sent a billing statement directly to Plaintiff in an attempt to collect the Debt.  Please see attached a true and correct copy of said billing statement labeled as Exhibit "B."

35.     One or about June 20, 2017, Defendant called Plaintiff's Cellular Telephone from telephone number 888.893.1773 using an ATDS, a PTSD, or an APV.

36.     Defendant made the immediately-aforementioned call in an attempt to collect the Debt directly from the Plaintiff.

37.     On or about June 21, 2017, at approximately 8:22 a.m. EST, Defendant's agent or representative "David" called Plaintiff's Cellular Telephone from telephone number 888.893.1773 using an ATDS, a PTDS, or an APV.

38.     Defendant made the immediately-aforementioned call in an attempt to collect the Debt directly from the Plaintiff.

39.     During the immediately–aforementioned call, Plaintiff *again* advised Defendant of Undersigned Counsel's legal representation of Plaintiff with respect to the Debt, *again* provided Defendant of Undersigned Counsel's contact info, and *again* advised Defendant that such communications should be directed to Undersigned Counsel's office.

40.     On or about June 26, 2017, Defendant sent *another* billing statement directly to Plaintiff in an attempt to collect the Debt. Please see attached a true and correct copy of said billing statement labeled as Exhibit "D."

41.     On or about July 26, 2017, Defendant sent *another* billing statement directly to Plaintiff in an attempt to collect the Debt. Please see attached a true and correct copy of said billing statement labeled as Exhibit "E."

42.     Plaintiff retained Undersigned Counsel for the purpose of pursuing this matter against Defendant, and Plaintiff is obligated to pay her attorneys a reasonable fee for their services.

43.     Plaintiff has not been able, due to both professional and personal commitments, as well as the continued and increasing stress associated with the continued barrage of Debt collection communications, to record the specifics (as done above) of each and every communication made to Plaintiff. Plaintiff assert, however, that the above-referenced communications are but a sub-set of the communications made in violation of the FCCPA and the TCPA. Further, Defendant is in

7

the best position to determine and ascertain the number and methodology of calls and debt collection communications made to Plaintiff.

44.     Florida Statutes, Section 559.77 provides for the award of $1,000.00 statutory damages, actual damages, punitive damages, and an award of attorneys' fees and costs to Plaintiff, should Plaintiff prevail in this matter against Defendant.

45.     United States Code, Title 47, Section 227(b)(3) provides for the award of $500.00 or actual damages, whichever is greater, for each telephone call made using any automatic telephone dialing system or an artificial or pre-recorded voice to Plaintiff's Cellular Telephone in violation of the TCPA or the regulations proscribed thereunder.

46.     Additionally, the TCPA, Section 227(b)(3) allows the trial court to increase the damages up to three times, or $1,500.00, for each telephone call made using any automatic telephone dialing system or an artificial or prerecorded voice to Plaintiff's Cellular Telephones in willful or knowing violation of the TCPA or the regulations proscribed thereunder.

47.     As of the date of this complaint, Defendant has not initiated a law suit in an effort to collect the Debt.  Likewise, no final judgment regarding the Debt has been obtained by, or transferred to, Defendant.

**COUNT ONE:**
**UNLAWFUL DEBT COLLECTION PRACTICE –**
**VIOLATION OF FLORIDA STATUTES, SECTION 559.72(7)**

Plaintiff re-alleges paragraphs one (1) through forty-seven (47) as if fully restated herein and further states as follows:

48.     Defendant is subject to, and violated the provisions of, Florida Statutes, Section 559.72(7) by collecting a consumer Debt from Plaintiff through means which can reasonably be expected to abuse or harass Plaintiff.

49.     Specifically, despite Plaintiff repeatedly providing Defendant actual notice of Undersigned Counsel's legal representation of Plaintiff with respect to the Debt and providing Undersigned Counsel's contact information, Defendant sent *at least* three (3) billing statements directly to Plaintiff and directly called Plaintiff's Cellular Telephone *at least* two (2) times using an ATDS, PTDS, or an APV, in its attempts to collect the Debt.

50.     Defendant's conduct served no purpose other than to annoy, force, coerce, harass, frighten, embarrass, and/or humiliate Plaintiff into paying the Debt, as Defendant's debt collection communications continued despite Plaintiff's repeated demands that Defendant cease calling Plaintiff's Cellular Telephone and instead direct such communications to Undersigned Counsel's office.

51.     Defendant's willful and flagrant violation of, *inter alia*, the Florida Consumer Collections Practices Act as a means to collect a Debt, constitutes unlawful conduct and harassment as is contemplated under Florida Statutes, Section 559.72(7).

52.     As a direct and proximate result of Defendant's actions, Plaintiff sustained damages as defined by Florida Statutes, Section 559.77.

**COUNT TWO:**
**UNLAWFUL DEBT COLLECTION PRACTICE –**
**VIOLATION OF FLORIDA STATUTES, SECTION 559.72 (18)**

Plaintiff re-alleges paragraphs one (1) through forty-seven (47) as if fully restated herein and further states as follows:

53.     Defendant is subject to, and violated the provisions of, Florida Statutes, Section 559.72(18) by intentionally and repeatedly communicating directly with Plaintiff after receiving actual notice and possessing actual knowledge of Undersigned Counsel's legal representation of Plaintiff with respect to the Debt and after possessing Undersigned Counsel's contact information.

9

54.     Specifically, despite possessing actual knowledge of Undersigned Counsel's representation of Plaintiff with respect to the Debt and possessing Undersigned Counsel's contact information via the Fax of Representation, Defendant sent *at least* three (3) billing statements directly to Plaintiff in an attempt to collect the Debt, and Defendant made *at least* two (2) telephone calls directly to Plaintiff's Cellular Telephone.

55.     As a direct and proximate result of Defendant's actions, Plaintiff sustained damages as defined by Florida Statutes, Section 559.77.

## COUNT THREE:
## TELEPHONE CONSUMER PROTECTION ACT –
## VIOLATION OF 47 UNITED STATES CODE, SECTION 227(b)(1)(A)

Plaintiff re-alleges paragraphs one (1) through forty-seven (47) as if fully restated herein and further states as follows:

56.     Defendant is subject to, and violated the provisions of, 47 United States Code, Section 227(b)(1)(A) by using an automatic telephone dialing system, a predictive telephone dialing system, or an artificial or pre-recorded voice to call a telephone number assigned to a cellular telephone service without Plaintiff's prior express consent.

57.     Specifically, at no time herein did Defendant possess Plaintiff's prior express consent to call Plaintiff's Cellular Telephone using an ATDS, a PTDS, or an APV.

58.     If Defendant contends it possessed Plaintiff's prior express consent, Plaintiff revoked consent to make auto-dialed Debt collection calls the moment Defendant received notice of Undersigned Counsel's legal representation of Plaintiff with respect to the Debt via the Fax of Representation—which explicitly revoked any purported prior express consent—and again when Plaintiff directly informed Defendant of Undersigned Counsel's legal representation of Plaintiff.

10

59.     Despite lacking Plaintiff's prior express consent, Defendant made *at least* two (2) calls to Plaintiff's Cellular Telephone using an ATDS, a PTDS, or an APV.

60.     As Defendant did not possess Plaintiff's consent to make calls using an ATDS, PTDS, or APV since Plaintiff explicitly revoked any purported consent via the Fax of Representation sent to Defendant, Defendant's calls constitute numerous and multiple knowing and/or willful violations of the TCPA.

61.     As a direct and proximate result of Defendant's conduct, Plaintiff suffered:

      a.     The periodic loss of her Cellular Telephone service;

      b.     Lost material costs associated with the use of peak time Cellular Telephone minutes allotted under her Cellular Telephone service contract; and

      c.     Stress, anxiety, loss of sleep, and deterioration of relationships, both personal and professional, as a result of the repeated willful and knowing calls placed in violation of the TCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, as a direct and proximate result of Defendant's conduct, Plaintiff respectfully requests an entry of:

      a.     Judgment against Defendant declaring that Defendant violated the FCCPA and the TCPA;

      b.     Judgment against Defendant for maximum statutory damages for violations of the FCCPA;

      c.     Judgment against Defendant for statutory damages in the amount of $500.00 for each of Defendant's telephone calls that violated the TCPA;

d.      Judgment against Defendant for treble damages in the amount of an additional $1,000.00 (i.e., treble damages) for each telephone call that violated the TCPA for which Defendant acted knowingly or willingly—or both;

e.      Judgment providing injunctive relief, prohibiting Defendant from further engaging in conduct that violates the FCCPA and the TCPA;

f.      An award of attorneys' fees and costs;

g.      Actual damages in an amount to be determined at trial; and

h.      Any other such relief the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues triable by right.

## SPOLIATION NOTICE AND DEMAND TO RETAIN EVIDENCE

Plaintiff hereby gives notice to Defendant and demands that Defendant and its affiliates safeguard all relevant evidence—paper, electronic documents, or data—pertaining to this litigation as required by law.

Respectfully Submitted,

**LEAVENLAW**

*/s/ Sean E. McEleney*
□ **Ian R. Leavengood, Esq., FBN 0010167**
□ **Gregory H. Lercher, Esq., FBN 0106991**
[X] **Sean E. McEleney, Esq., FBN 0125561**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
glercher@leavenlaw.com
smceleney@leavenlaw.com
*Attorneys for Plaintiff*

12

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA      )
                                )
COUNTY OF Pinellas     )

Plaintiff Lynn Haden, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit which has been attached to this Complaint, if any, is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated any exhibits, except that some of the attached exhibits, if any, may contain some of my own handwritten notations.

Lynn Hayden

Subscribed and sworn to before me
this 25th day of October, 2017.

Notary Public

My Commission Expires: 3.01.2019

Proof of I.D.: Drivers License



JUDY RALPH
MY COMMISSION #FF204745
EXPIRES: MAR 01, 2019
Bonded through 1st State Insurance

1

# EXHIBIT A

Leavengood, Dauval, Boyle & Meyer, P.A.     Tel: 727.327.3328
3900 First Street North, Suite 100          Fax: 727.327.3305
St. Petersburg, FL 33703                    www.LeavenLaw.com



# Fax

| | |
|---|---|
| **To: Collections Representative** | **Office: Suntrust Visa** |
| **Fax No: 804-675-9697** | **In Re: Lynn Hayden** |
| | ████████ |
| | **Account Number:** ██████ █ |
| **From: Marsha Fowler, Legal Assistant to Ian R. Leavengood** | **Date:  April 25, 2017** |
| **Number of Pages (including cover sheet): 1** | **To confirm receipt/missing pages, please call: 727.327.3328** |

Collections Representative,

Please be aware that this law firm (see above for contact information) represents Lynn Hayden with regard to her debts generally (i.e. for the purpose of settling ALL of her debts OR for filing a bankruptcy), including the above listed account and any other accounts of debts which you or your agency is attempting to collect from our client(s). Any further communication with our client(s) will be in violation of **Fla. Sta. § 559.72(18)**, which provides in part that:

> **"[I]n collecting consumer debts, no person shall communicate with the debtor if that person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of...such attorney's name and address."**

Furthermore, **47 U.S.C. § 227** prohibits making any call using any automatic telephone dialing system ("ATDS") or an artificial or pre-recorded voice to any telephone number assigned to a cellular telephone service without prior express consent. To the extent any such prior express consent existed, if any, to call the above person using an ATDS, such consent is hereby forever revoked consistent with the Florida and federal law.

For further verification of representation or to discuss the debt which you intend to collect, please feel free to contact us directly.

Sincerely,

Marsha Fowler, Legal Assistant
to Ian R. Leavengood, Esq.
Leavengood, Dauval, Boyle & Meyer P.A.

**Confidentiality Notice:** This page and any accompanying documents contain confidential information intended for a specific individual and purpose. This telecopied information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information is strictly prohibited.

# Send Result Report

MFP
## CS 400ci

**🔾 KYOCERƎ**

Firmware Version  2H7_2F00.016.003 2016.08.18

04/25/2017 15:54
[2H7_1000.024.001] [2H7_1100.002.003] [2H7_7000.015.004]

Job No.: 283598          Total Time: 0°00'48"          Page: 001

# Complete

Document:          **doc20170425155216**

---

Leavengood, Dauval, Boyle & Meyer, P.A.     Tel: 727.327.3328
3900 First Street North, Suite 100          Fax: 727.327.3305
St. Petersburg, FL 33703                    www.LeavenLaw.com



## Fax

| To: Collections Representative | Office: Suntrust Visa |
|---|---|
| Fax No: 804-675-9697 | In Re: Lynn Hayden |
| | Account Number: ▮▮▮▮ ▮▮▮ |
| From: Marsha Fowler, Legal Assistant to<br>Ian R. Leavengood | Date:  April 25, 2017 |
| Number of Pages (including cover sheet): 1 | To confirm receipt/missing pages, please call:<br>727.327.3328 |

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 04/25/17 15:53 | **18046759697** | 0°00'48" | FAX | OK | 200x200 Fine/Off |

1

[ QEJ0300819 ]

# EXHIBIT B

***ELECTRONICALLY FILED 11/08/2017 01:59:21 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

**SUNTRUST**                                                    

### Your Platinum Visa® Credit Card Statement

Page 1 of 2

04/27/2017 - 05/26/2017

**»ACCOUNT SUMMARY**

| | |
|---|---|
| Previous Balance | $2,706.15 |
| Payments - | $0.00 |
| Other Credits - | $0.00 |
| Purchases and Other Charges + | $0.00 |
| Cash Advances + | $0.00 |
| Fee Charges + | $37.00 |
| **INTEREST CHARGED** + | $45.40 |
| New Balance | $2,788.55 |
| Closing Date | 05/26/2017 |

**Account Number**

| | |
|---|---|
| Total Credit Limit | $2,500.00 |
| Available Credit | NONE |
| Available Cash | NONE |
| Amount Over Credit Limit | $288.55 |
| Amount Past Due | $407.00 |
| Days in Billing Cycle | 30 |

1-2

**» PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $2,788.55 |
| Minimum Payment Due | $805.55 |
| Payment Due Date | 06/23/2017 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $37.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $6,060 |
| $104 | 3 years | $3,744 *(Savings= $2,316)* |

For information about credit counseling services, call 1-866-684-6322

**»IMPORTANT INFORMATION**

**YOUR ACCOUNT IS NOW FOUR OR MORE PAYMENTS PAST DUE AND AS A RESULT, HAS BEEN CLOSED. THERE ARE PROGRAMS AVAILABLE TO ASSIST YOU.  CALL ONE OF OUR TEAMMATES AT 1-888-893-1773 TO DISCUSS THESE OPTIONS.**

**YOUR ACCOUNT IS CURRENTLY CLOSED**

---

Cardmember Services Contact Information

 Online Access        Toll Free           Outside U.S., call collect     Cardmember Services
 suntrust.com         800-477-9702        1- 407-762-7212                ·P.O Box 621569, Orlando, FL 32862-1569

**» TRANSACTIONS**

| Trans Date | Post Date | Reference Number | Merchant Name or Transaction Description | Credit | Amount Charge |
|---|---|---|---|---|---|
| | | | **FEES** | | |
| 05/26 | 05/26 | | LATE FEE | | $37.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | | **$37.00** |
| | | | **INTEREST CHARGED** | | |
| 05/26 | 05/26 | | INTEREST CHARGE ON OVERDRAFT PROTECTION | | $5.58 |
| 05/26 | 05/26 | | Interest Charge on Purchases | | $34.12 |
| 05/26 | 05/26 | | Interest Charge on Cash Advances | | $5.70 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | | **$45.40** |

See reverse for additional information.

▼PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT▼

| Amount Past Due | $407.00 | | |
| --- | --- | --- | --- |
| | payment | 15 years | $6,060 |
| $104 | 3 years | | $3,744 *(Savings= $2,316)* |

For information about credit counseling services, call 1-866-684-6322

**»IMPORTANT INFORMATION**

**YOUR ACCOUNT IS NOW FOUR OR MORE PAYMENTS PAST
DUE AND AS A RESULT, HAS BEEN CLOSED. THERE ARE
PROGRAMS AVAILABLE TO ASSIST YOU. CALL ONE OF
OUR TEAMMATES AT 1-888-893-1773 TO DISCUSS
THESE OPTIONS.**

**YOUR ACCOUNT IS CURRENTLY CLOSED**

---

### Cardmember Services Contact Information

| Online Access suntrust.com | Toll Free 800-477-9702 | Outside U.S., call collect 1-407-762-7212 | Cardmember Services P.O Box 621569, Orlando, FL 32862-1569 |
| --- | --- | --- | --- |

---

### » TRANSACTIONS

| Trans Date | Post Date | Reference Number | Merchant Name or Transaction Description | Credit | Amount Charge |
| --- | --- | --- | --- | --- | --- |
| | | | **FEES** | | |
| 05/26 | 05/26 | | LATE FEE | | $37.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | | **$37.00** |
| | | | **INTEREST CHARGED** | | |
| 05/26 | 05/26 | | INTEREST CHARGE ON OVERDRAFT PROTECTION | | $5.58 |
| 05/26 | 05/26 | | Interest Charge on Purchases | | $34.12 |
| 05/26 | 05/26 | | Interest Charge on Cash Advances | | $5.70 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | | **$45.40** |

See reverse for additional information

▼PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT▼

**SUNTRUST**

CARDMEMBER SERVICES
PO BOX 305183
NASHVILLE, TN 37230-5183

| MINIMUM PAYMENT | ACCOUNT # |
| --- | --- |
| 805.55 | ███████ 3029 |
| PAYMENT DUE DATE | NEW BALANCE |
| NOW DUE | 2,788.55 |

Pay online at suntrust.com
Or make check payable in
U.S. dollars to:
Cardmember Services

AMOUNT ENCLOSED

$ _____

☐ Change of Address?
Please check box and complete reverse side

Enclose this coupon with your payment and mail to:

CARDMEMBER SERVICES
PO BOX 791278
BALTIMORE, MD 21279-1278

LYNN HAYDEN

24281
K10:



**Platinum Visa®**

## »INTEREST CHARGED CALCULATION

Your **Annual Percentage Rate (APR)** is the annual rate on your Account.                    (v) = Variable Rate

| Type of Balance | Annual Percentage Rate (APR) | Number of Days Rate Used | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | 19.74%  (v) | 30 | $2,103.67 | $34.12 |
| Cash Advances | 21.99%  (v) | 30 | $315.52 | $5.70 |
| OVERDRAFT ADVANCES | 21.99%  (v) | 30 | $308.83 | $5.58 |

## »2017 Totals Year-to-Date

| | | |
|---|---|---|
| Total fees charged in 2017 | - | $175.00 |
| Total interest charged in 2017 | - | $211.40 |

## »IMPORTANT NEWS

The Service Members Civil Relief Act (SCRA) provides important financial and legal protections to service members - including caps on interest rates, stays on certain legal protection from eviction, and termination of leases without repercussions. Learn more at www.militaryonesource.mil (search for 'SCRA').

1-2

# EXHIBIT C

17-008976-CO

## SUNTRUST

**Your Platinum Visa® Credit Card Statement**
05/27/2017 - 06/26/2017

Page 1 of 2

### » ACCOUNT SUMMARY
| | |
|---|---|
| Previous Balance | $2,788.55 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases and Other Charges + | $0.00 |
| Cash Advances + | $0.00 |
| Fee Charges + | $37.00 |
| INTEREST CHARGED + | $48.34 |
| New Balance | $2,873.89 |
| Closing Date | 06/26/2017 |

| Account Number | XXXX XXXX XXXX 3 |
|---|---|
| Total Credit Limit | $2,500.00 |
| Available Credit | NONE |
| Available Cash | NONE |
| Amount Over Credit Limit | $373.89 |
| Amount Past Due | $517.00 |
| Days in Billing Cycle | 31 |

### » PAYMENT INFORMATION
| | |
|---|---|
| New Balance | $2,873.89 |
| Minimum Payment Due | $1,004.89 |
| Payment Due Date | 07/23/2017 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $37.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | $6,098 |
| $107 | 3 years | $3,858 (Savings= $2,240) |

For information about credit counseling services, call 1-866-684-6322.

### » IMPORTANT INFORMATION

**YOUR ACCOUNT IS CURRENTLY CLOSED**

### Cardmember Services Contact Information
| Online Access suntrust.com | Toll Free 800-477-9702 | Outside U.S., call collect 1-407-762-7212 | Cardmember Services P.O Box 621569, Orlando, FL 32862-1569 |
|---|---|---|---|

### » TRANSACTIONS
| Trans Date | Post Date | Reference Number | Merchant Name or Transaction Description | Credit | Amount Charge |
|---|---|---|---|---|---|
| **FEES** | | | | | |
| 06/26 | 06/26 | | LATE FEE | | $37.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | | **$37.00** |
| **INTEREST CHARGED** | | | | | |
| 06/26 | 06/26 | | INTEREST CHARGE ON OVERDRAFT PROTECTION | | $5.87 |
| 06/26 | 06/26 | | Interest Charge on Purchases | | $36.48 |
| 06/26 | 06/26 | | Interest Charge on Cash Advances | | $5.99 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | | **$48.34** |

### » INTEREST CHARGED CALCULATION
Your Annual Percentage Rate (APR) is the annual rate on your Account.    (v) = Variable Rate

| Type of Balance | Annual Percentage Rate (APR) | Number of Days Rate Used | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | 19.74% (v) | 31 | $2,175.94 | $36.48 |
| Cash Advances | 21.99% (v) | 31 | $321.37 | $5.99 |
| OVERDRAFT ADVANCES | 21.99% (v) | 31 | $314.55 | $5.87 |

See reverse for additional information.

5207  0001  KSG     1    7  26  170626        E X Page 1 of 2       3467  0000  1196  01BB5207    14705

▼PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT▼

## SUNTRUST
CARDMEMBER SERVICES
PO BOX 305183
NASHVILLE, TN 37230-5183

| MINIMUM PAYMENT | 1,004.89 |
|---|---|
| PAYMENT DUE DATE | NOW DUE |

| ACCOUNT # | |
|---|---|
| NEW BALANCE | 2,873.89 |
| AMOUNT ENCLOSED | $ |

Pay online at suntrust.com
Or make check payable in U.S. dollars to:
Cardmember Services

☐ Change of Address?
Please check box and complete reverse side

Enclose this coupon with your payment and mail to:
CARDMEMBER SERVICES
PO BOX 791278
BALTIMORE, MD 21279-1278

LYNN HAYDEN

14705
K106

**Crediting of Payments:** You may pay all or part of the New Balance at any time. However, you must pay the Minimum Payment each month by the Payment Due Date. Payments must be made in U.S. Dollars and be drawn on a U.S. institution. Payments accompanied by the correct payment coupon and received prior to 5:00 p.m. Eastern Time at the mailing address shown on the front will be credited to your Account as of the date of receipt. Payments received after 5:00 p.m. Eastern Time will be credited as of the next day. If we accept a payment received at any other location, with no payment coupon enclosed, or that does not conform to the payment instructions provided, that payment may be subject to a delay in crediting of up to 5 days after the date of receipt. Payments initiated through our automated telephone service, with a customer service representative, or via our web site will be subject to the 5:00 pm payment cut off time.

**If you want to settle a disagreement with us about any amount you owe** by sending a check on which you have written" payment in full" or similar language, you must send that check along with a written explanation of the disagreement or dispute to: Cardmember Services, Attn: Risk Manager P.O. Box 620548, Orlando, FL 32862-0548. This address is different than the address you use to make Account payments. Writing "payment in full" or similar language on any check will not be enough to resolve dispute. You must send us the written explanation noted above. (See the "Billing Rights Summary" section below for details about your rights and your responsibilities in case of errors or questions about your billing statements).

**How We Calculate Your Balance:**
To determine Periodic Rate Finance Charges, we multiply the average daily balances for each Account feature (Purchases, Cash Advances, Balance Transfers, Overdraft Advances and Promotional Balances) by the number of days in Billing Cycle and the applicable Periodic Rates. To get the "average daily balance," we take the beginning balance for each Account feature each day, add any new transactions and Other Charges, subtract any applicable payments or credits allocated to the Account feature, and add the applicable Finance Charges for such day after taking into account such new transactions, payments and credits. Then, we separately add up all the daily balances for each Account feature for the Billing Cycle and divide those totals by the number of days in Billing Cycle. This gives us the "average daily balance."

**Periodic Rates:** If there is a "V" next to the Daily Periodic Rate shown on this billing statement, which means that the rate is variable.

**Paying Interest:** Any new Purchases that are reflected for the first time on this Billing Statement will not be subject to a Periodic Rate Finance Charge during the Billing Cycle reflected in this Billing Statement if: (a) you have no Previous Balance or (b) the payments and credits received by us (by the previous Payment Due Date) are at least equal to the Previous Balance that appears on this Billing Statement. To avoid Finance Charges on new Purchases, pay the New Balance in full by the Payment Due Date. We will begin charging interest on cash advances and balance transfers on the transaction date.

**Minimum Interest Charge:** If you are charged interest, the charge will be no less than $1.50.

**Foreign Transaction Fee:** We will assess a Finance Charge in the form of a Foreign Currency Transaction Fee for all Purchase transactions processed in a foreign currency. This portion of the FINANCE CHARGE will equal 3% of the amount in U.S. dollars after each Purchase transaction has been converted from a foreign currency. This fee will be added to the Purchase balance of your Account.

**Annual Fee:** To avoid paying this fee, notify us that you are closing your account within 30 days after you receive our notice that we will bill the annual fee on your next statement. This annual fee provision is only applicable if your account has an annual fee.

**Lost/Stolen Card; Fraud and Other Unauthorized Charges: If your card is lost or stolen or has charges which you believe are unauthorized or fraudulent, please call us immediately at 866-892-4683.**
You may be liable for the unauthorized use of your credit card. You will not be liable for unauthorized use that occurs after you notify us, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50. Notify us at P.O. Box 621569, Orlando, FL 32862-1569, or call the toll-free Cardmember Services number above. You may also notify us in person by visiting a SunTrust branch.

**Other Information:** Any collection message appearing on this Billing Statement in an attempt to collect a debt and any information obtained will be used for that purpose.
**ERRORS, QUESTIONS AND CHARGES NOT RECOGNIZED**
* Merchants may bill under different names and/or locations. If possible, verify the dollar amount to a sales receipt.
* When returning merchandise through the mail, always request a return receipt.
* Be sure to obtain a cancellation number when canceling lodging reservations.
* Regarding problems with goods or services, first attempt to resolve with the merchant, and if they issue credit, obtain a credit receipt. If you are not successful, refer to the Special Rule for Credit Card Purchases below.
* If you still do not recognize the charge, refer to the Billing Rights Summary.

**Billing Rights Summary**
**What To Do if You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at:

Cardmember Services
Attn: Dispute Department
P.O. Box 620548
Orlando, FL 32862-0548

In your letter, give us the following information:
* Account information: Your name and account number.
* Dollar amount: The dollar amount of the suspected error.
* Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. If you need more information, describe the item you are unsure about.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you purchased with your credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
1.   The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2.   You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3.   You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

Cardmember Services
Attn: Dispute Department
P.O. Box 620548
Orlando, FL 32862-0548

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

SunTrust, SunTrust Rewards and SunPoints are federally registered service marks of SunTrust Banks, Inc.          O1BD5207 - 23 - 08-26-16

**Change of Address**
If correct on front, then do not complete this form:

Name _____

Street Address _____

City _____

State _____

Zip Code _____

| Home Phone | Number | With | Area | Code _____ |
| Business Phone | Number | With | Area | Code _____ |

E-mail _____

# EXHIBIT D

**Your Platinum Visa® Credit Card Statement**

06/27/2017 - 07/26/2017

## » ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $2,873.89 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases and Other Charges | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fee Charges | + | $37.00 |
| **INTEREST CHARGED** | + | $48.19 |
| New Balance | | $2,959.08 |
| Closing Date | | 07/26/2017 |

**Account Number** [REDACTED]

| | |
|---|---|
| Total Credit Limit | $2,500.00 |
| Available Credit | NONE |
| Available Cash | NONE |
| Amount Over Credit Limit | $459.08 |
| Amount Past Due | $631.00 |
| Days in Billing Cycle | 30 |

## » PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $2,959.08 |
| Minimum Payment Due | $1,205.08 |
| Payment Due Date | 08/23/2017 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $37.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 years | $6,128 |
| $110 | 3 years | $3,972 (Savings= $2,156) |

For information about credit counseling services, call 1-866-684-6322.

» IMPORTANT INFORMATION

**YOUR ACCOUNT IS CURRENTLY CLOSED**

### Cardmember Services Contact Information

| Online Access | Toll Free | Outside U.S., call collect | Cardmember Services |
|---|---|---|---|
| suntrust.com | 800-477-9702 | 1- 407-762-7212 | P.O Box 621569, Orlando, FL 32862-1569 |

## » TRANSACTIONS

| Trans Date | Post Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Charge |
|---|---|---|---|---|---|
| | | | **FEES** | | |
| 07/26 | 07/26 | | LATE FEE | | $37.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | | **$37.00** |
| | | | **INTEREST CHARGED** | | |
| 07/26 | 07/26 | | INTEREST CHARGE ON OVERDRAFT PROTECTION | | $5.78 |
| 07/26 | 07/26 | | Interest Charge on Purchases | | $36.50 |
| 07/26 | 07/26 | | Interest Charge on Cash Advances | | $5.91 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | | **$48.19** |

## » INTEREST CHARGED CALCULATION

Your **Annual Percentage Rate (APR)** is the annual rate on your Account.                    (v) = Variable Rate

| Type of Balance | Annual Percentage Rate (APR) | | Number of Days Rate Used | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 19.74% | (v) | 30 | $2,249.40 | $36.50 |
| Cash Advances | 21.99% | (v) | 30 | $327.32 | $5.91 |
| OVERDRAFT ADVANCES | 21.99% | (v) | 30 | $320.38 | $5.78 |

See reverse for additional information.

▼PLEASE DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT▼

### SunTrust

CARDMEMBER SERVICES
PO BOX 305183
NASHVILLE, TN 37230-5183

☐ Change of Address?
Please check box and complete reverse side

| MINIMUM PAYMENT | ACCOUNT # |
|---|---|
| 1,205.08 | [REDACTED] 3029 |
| **PAYMENT DUE DATE** | **NEW BALANCE** |
| NOW DUE | 2,959.08 |
| Pay online at suntrust.com Or make check payable in U.S. dollars to: Cardmember Services | **AMOUNT ENCLOSED** $ _____ |

2959083

Enclose this coupon with your payment and mail to:

CARDMEMBER SERVICES
PO BOX 791278
BALTIMORE, MD 21279-1278

LYNN HAYDEN

14899

K107

**Crediting of Payments:** You may pay all or part of the New Balance at any time. However, you must pay the Minimum Payment each month by the Payment Due Date. Payments must be made in U.S. Dollars and be drawn on a U.S. institution. Payments accompanied by the correct payment coupon and received prior to 5:00 p.m. Eastern Time at the mailing address shown on the front will be credited to your Account as of the date of receipt. Payments received after 5:00 p.m. Eastern Time will be credited as of the next day. If we accept a payment received at any other location, with no payment coupon enclosed, or that does not conform to the payment instructions provided, that payment may be subject to a delay in crediting of up to 5 days after the date of receipt. Payments initiated through our automated telephone service, with a customer service representative, or via our web site will be subject to the 5:00 pm payment cut off time.

**If you want to settle a disagreement with us about any amount you owe by sending a check on which you have written" payment in full" or similar language, you must send that check along with a written explanation of the disagreement or dispute to: Cardmember Services, Attn: Risk Manager P.O. Box 620548, Orlando, FL 32862-0548.** This address is different than the address you use to make Account payments. Writing "payment in full" or similar language on any check will not be enough to resolve dispute. You must send us the written explanation noted above. (See the "Billing Rights Summary" section below for details about your rights and our responsibilities in case of errors or questions about your billing statements).

**How We Calculate Your Balance:**
To determine Periodic Rate Finance Charges, we multiply the average daily balances for each Account feature (Purchases, Cash Advances, Balance Transfers, Overdraft Advances and Promotional Balances) by the number of days in Billing Cycle and the applicable Periodic Rates. To get the "average daily balance," we take the beginning balance for each Account feature each day, add any new transactions and Other Charges, subtract any applicable payments or credits allocated to the Account feature, and add the applicable Finance Charges for such day after taking into account such new transactions, payments and credits. Then, we separately add up all the daily balances for each Account feature for the Billing Cycle and divide those totals by the number of days in Billing Cycle. This gives us the "average daily balance."

**Periodic Rates:** If there is a "V" next to the Daily Periodic Rate shown on this billing statement, which means that the rate is variable.

**Paying Interest:** Any new Purchases that are reflected for the first time on this Billing Statement will not be subject to a Periodic Rate Finance Charge during the Billing Cycle reflected in this Billing Statement if: (a) you have no Previous Balance or (b) the payments and credits received by us (by the previous Payment Due Date) are at least equal to the Previous Balance that appears on this Billing Statement. To avoid Finance Charges on new Purchases, pay the New Balance in full by the Payment Due Date. We will begin charging interest on cash advances and balance transfers on the transaction date.

**Minimum Interest Charge:** If you are charged interest, the charge will be no less than $1.50.

**Foreign Transaction Fee:** We will assess a Finance Charge in the form of a Foreign Currency Transaction Fee for all Purchase transactions processed in a foreign currency. This portion of the FINANCE CHARGE will equal 3% of the amount in U.S. dollars after each Purchase transaction has been converted from a foreign currency. This fee will be added to the Purchase balance of your Account.

**Annual Fee:** To avoid paying this fee, notify us that you are closing your account within 30 days after you receive our notice that we will bill the annual fee on your next statement. This annual fee provision is only applicable if your account has an annual fee.

**Lost/Stolen Card; Fraud and Other Unauthorized Charges: If your card is lost or stolen or has charges which you believe are unauthorized or fraudulent, please call us immediately at 866-892-4683.**
You may be liable for the unauthorized use of your credit card. You will not be liable for unauthorized use that occurs after you notify us, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50. Notify us at P.O. Box 621569, Orlando, FL 32862-1569, or call the toll-free Cardmember Services number above. You may also notify us in person by visiting a SunTrust branch.

**Other Information:** Any collection message appearing on this Billing Statement is an attempt to collect a debt and any information obtained will be used for that purpose.

**ERRORS, QUESTIONS AND CHARGES NOT RECOGNIZED**
- Merchants may bill under different names and/or locations. If possible, verify the dollar amount to a sales receipt.
- When returning merchandise through the mail, always request a return receipt.
- Be sure to obtain a cancellation number when canceling lodging reservations.
- Regarding problems with goods or services, first attempt to resolve with the merchant, and if they issue credit, obtain a credit receipt. If you are not successful, refer to the Special Rule for Credit Card Purchases below.
- If you still do not recognize the charge, refer to the Billing Rights Summary.

### Billing Rights Summary

**What To Do if You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at:

**Cardmember Services**
Attn: Dispute Department
P.O. Box 620548
Orlando, FL 32862-0548

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. If you need more information, describe the item you are unsure about.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you purchased with your credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
1. The purchase must have been made in your home State or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

**Cardmember Services**
Attn: Dispute Department
P.O. Box 620548
Orlando, FL 32862-0548

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

SunTrust, SunTrust Rewards and SunPoints are federally registered service marks of SunTrust Banks, Inc.     O1BD5207 - 23 – 08-26-16

**Change of Address**
If correct on front, then do not complete this form:

Name _____

Street Address _____

City _____

State _____

Zip Code _____

| Home Phone | Number | With | Area | Code _____ |
|---|---|---|---|---|
| Business Phone | Number | With | Area | Code _____ |

E-mail _____



Statement Period: 06/27/2017 - 07/26/2017

Page 2 of 2

## Platinum Visa®

| »2017 Totals Year-to-Date | | |
|---|---|---|
| Total fees charged in 2017 | - | $249.00 |
| Total interest charged in 2017 | - | $307.93 |

**»IMPORTANT NEWS**

The Service Members Civil Relief Act (SCRA) provides
important financial and legal protections to service members -
including caps on interest rates, stays on certain legal
protection from eviction, and termination of leases without
repercussions. Learn more at www.militaryonesource.mil
(search for 'SCRA').