**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LYNN HAYDEN,
an individual,

    Plaintiff,                                            Case No.: 8:17-cv-02924-CEH-JSS

v.

SUNTRUST BANK,
a foreign for-profit corporation,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, LYNN HAYDEN (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement* and states:

1. Plaintiff and Defendant, SUNTRUST BANK (hereinafter "Defendant"), reached a conditional settlement regarding all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

Submitted this 13th day of March 2018.

Respectfully submitted,

**LEAVENLAW**

/s/ *Sean E. McEleney*
**Ian R. Leavengood, Esq., FBN 010167**
**Gregory H. Lercher, Esq., FBN 106991**
**Sean E. McEleney, Esq., FBN 125561**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
glercher@leavenlaw.com
smceleney@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed a copy of the foregoing *Notice of Pending Settlement* with the Clerk of the Court via the CM/ECF system, and a copy of the same has been furnished electronically this 13th day of March 2018 to:

Alexandra de Alejo, Esq.
Gray Robinson, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131
alexandra.dealejo@gray-robinson.com

and

Christian Leger, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
christian.leger@gray-robinson.com
*Attorneys for Defendant SunTrust Bank*

/s/ *Sean E. McEleney*
Attorney